**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Jesse Edwards
7611 Gunn rd. Dundalk
MD, 21222

         *

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

FEB - 7 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                              DEPUTY

*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**GLR 19 CV 0779**

**v.**

United States

Case No.:_____
*(Leave blank. To be filled in by Court.)*

*

*

*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐     NO ☑

    B.  If you answered YES, describe that case(s) in the spaces below.

        1.  Parties to the other case(s):

        Plaintiff: _____

        Defendant(s): _____

        2.  Court (if a federal court name the district; if a state court name the city or county):

        _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

    A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

        YES ☐    NO ☐

      1. If you answered YES:

        a. What was the result? _____

_____

        b. Did you appeal? _____

        YES ☐    NO ☐

      2. If you answered NO to either of the questions above, explain why: _____

_____

_____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

The U.S. Government failed to ensure civillian feasibility in begining a new branch of the military, they fail to recognize the United States of America as a military form of Government hence preventing my constitutional Obligations in designing and establing the Cary.

IV. Relief
(State briefly what you want the Court to do for you.)

There are two options to relieve the pressure against military independence 1). A office of the Cary with my involvement 2). Enlistment of myself as the first Cary soldier with opportunity, for promotion as in any other branch.

SIGNED THIS __6th__ day of __February__ , __2019__ .

_____
**Signature of Plaintiff**

Jesse Edwards
**Printed Name**

7611 Gum rd.
**Address**

772 834 4718
**Telephone Number**

This is pepper corn 88@gmail
**Email Address**

Instructions&Form1983 (06/2016)                                      Page 8 of 13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Jesse Edwards
7611 Gum rd. Dundalk     *
MD 21222
Born: May, 25 1995
ID: E-363-463-497-394     *
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

**v.**

United States     *

Case No.: _____
(Leave blank. To be filled in by Court.)

*

*

_____
(Full name and address of defendant)
**Defendant(s).**

### CERTIFICATE OF SERVICE

I hereby certify that on __2-6-19_____, _____,
a copy of __The Complaint included_____
was mailed via first class mail, postage prepaid, to __U.S. House, U.S. Senate, U.S. Attorney, U.S. Attorney General_____

_Jesse Edwards_____
Signature of Plaintiff

Jesse Edwards_____
Printed Name

7611 Gum rd._____
Address

772 834 4718_____
Telephone Number

Thisis peppercorn 88@gmail
Email Address